# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Susan Milewski

                          Plaintiff,

v.                                                          Case No.: 1:17−cv−07524

                                                           Honorable Jorge L. Alonso

Young's Appliances, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 24, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's individual claims against Defendant YA Holdings, LLC. are dismissed with prejudice and without costs. Plaintiff's class claims against Defendant YA Holdings, LLC. are dismissed without prejudice and without costs. Plaintiff's claims against Defendant John Does 1− 10 are dismissed without prejudice and without costs. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.